FILED
CLERK, U.S. DISTRICT COURT
May 6, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LEGENDARY STRUCTURES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NAVIGATORS SPECIALTY INSURANCE COMPANY and Does 1-10, inclusive, <br><br> Defendants. | CASE NO. 2:20-cv-07490-SB-JC <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Purusant to the stipulation of all parties that this entire action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorney's fees and costs (Dkt. No. 21), the Clerk is directed to close this file.

IT IS SO ORDERED.

Dated: May 6, 2021

_____
Stanley Blumenfeld, Jr.
United States District Judge

1